# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00513-CV

### Ethan William Shuster, Appellant

### v.

### Kristi Carrow, Appellee

---

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. 58374, THE HONORABLE CODY HENSON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 25, 2025. On October 14, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by October 24, 2025 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed: November 4, 2025